NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

SHELDON PETERS WOLFCHILD, ERNIE PETERS LONGWALKER, SCOTT ADOLPHSON, MORRIS J. PENDLETON, BARBARA FEEZOR BUTTES, WINIFRED ST. PIERRE FEEZOR, AUTUMN WEAVER, ARIES BLUESTONE WEAVER, ELIJAH BLUESTONE WEAVER, RUBY MINKEL, LAVONNE A. SWENSON, WILLIS SWENSON, AARON SWENSON, BEVERLY M. SCOTT, LILLIAN WILSON, MONIQUE WILSON, SANDRA COLUMBUS GESHICK, CHERYL K. LORUSSO, JENNIFER K. LORUSSO, CASSANDRA SHEVCHUK, JASON SHEVCHUK, JAMES PAUL WILSON, EVA GRACE WILSON, BENITA M. JOHNSON, AND KEVIN LORUSSO,
*Plaintiffs-Cross Appellants,*

AND

ANITA D. WHIPPLE ET AL., DESCENDANTS OF LUCY TRUDELL, BONNIE RAE LOWE, ET AL., DESCENDANTS OF JOSEPH GRAHAM, ET AL., LENOR ANN SCHEFFLER BLAESER ET AL., DESCENDANTS OF JOHN MOOSE, AND MARY BETH LAFFERTY, ET AL.,
*Plaintiffs,*

AND

COURSOLLE DESCENDANTS AND ROCQUE AND TAYLOR DESCENDANTS,

*Plaintiffs,*

AND

DEBORAH L. SAUL, LAURA VASSAR, ET AL.,
LYDIA FERRIS ET AL., DANIEL M TRUDELL, ET
AL., ROBERT LEE TAYLOR, ET AL., AND DAWN
HENRY,
*Plaintiffs,*

AND

RAYMOND CERMAK, SR., (ACTING
INDIVIDUALLY AND UNDER A POWER OF
ATTORNEY FOR STANLEY F. CERMAK, SR.),
MICHAEL STEPHENS, ET AL., JESSE CERMAK,
ET AL., DENISE HENDERSON, DELORES
KLINGBERG, SALLY ELLA ALKIRE, PIERRE
ARNOLD, JR., AND GETRUDE GODOY ET AL.,
*Plaintiffs,*

AND

JOHN DOES 1-30, WINONA C. THOMAS ENYARD,
AND KITTO, ET AL.,
*Plaintiffs,*

AND

FRANCINE GARREAU, ET AL.,
*Plaintiffs,*

AND

FRANCIS ELAINE FELIX,
*Plaintiff,*

AND

KE ZEPHIER, ET AL.,

*Plaintiffs,*

AND

**LOWER SIOUX INDIAN COMMUNITY,**
*Plaintiff,*

AND

**PHILIP W. MORGAN,**
*Plaintiff,*

AND

**REBECCA ELIZABETH FELIX,**
*Plaintiff,*

AND

**VERA A. ROONEY, ET AL.,**
*Plaintiffs,*

AND

**DANNY LEE MOZAK,**
*Plaintiff-Cross Appellant,*

AND

**DAWN BURLEY, ET AL.,**
*Plaintiffs-Cross Appellants,*

AND

**HARLEY ZEPHIER, SR.,**
*Plaintiff-Cross Appellant,*

AND

**JOHN DOES 1-433,**
*Plaintiffs-Cross Appellants,*

AND

## JULIA DUMARCE, ET AL.,
*Plaintiffs-Cross Appellants,*

AND

## RAYMOND COURNOYER, SR., ET AL., JERRY ROBINETTE, ET AL., SANDRA KIMBELL, ET AL., CHARLENE WANNA, ET AL., AND LESLIE LEE FRENCH, ET AL.,
*Plaintiffs-Cross Appellants,*

AND

## KRISTINE ABRAHAMSON,
*Plaintiff-Cross Appellant,*

AND

## VICTORIA ROBERTSON VADNAIS,
*Plaintiff-Cross Appellant,*

v.

## UNITED STATES,
*Defendant-Appellant.*

---

2012-5035, -5036, -5043

---

Appeals from the United States Court of Federal Claims in consolidated case nos. 03-CV-2684 and 01-CV-0568, Judge Charles F. Lettow.

---

## ON MOTION

---

# ORDER

Julia DuMarce et al. move to reform the caption. Sheldon Peters Wolfchild, et al. (Woldchild), oppose the motion. The United States does not object to the motion as long as new parties are not being added to the appeal. Elizabeth T. Walker, Esq. moves to correct the record or for leave to join the appeal filed by Wolfchild. Cross-Appellants and Plaintiffs-Cross Appellants also move without opposition for a 30-day extension of time, until August 18, 2012, to file their initial briefs.

The official caption will be revised to reflect that Victoria Robertson-Vadnais is added as Plaintiff-Cross Appellant, and John Does 1-433 are recharacterized as Plaintiffs-Cross Appellants. The other requested changes to the caption, including listing parties as Cross-Appellants that were not included in the Notices of Appeal, are denied.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to reform the caption is granted to the extent that the revised official caption is reflected above.

(2) The motion for an extension of time is granted to the extent that the plaintiffs-cross appellants' initial briefs are due August 20, 2012.

(3) All other pending motions are denied.

FOR THE COURT

AUG 1 3 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Wood R. Foster, Jr., Esq.
Scott Allen Johnson, Esq.
Garrett J. Horn, Esq.
Jack E. Pierce, Esq.
Elizabeth T. Walker, Esq.
Nicole Nachtigal Emerson, Esq.
Francis Elaine Felix
James Lawrence Blair, Esq.
Douglas R. Kettering, Esq.
Philip William Morgan
Rebecca Elizabeth Felix
Bernard Joseph Rooney, Esq.
Erick G. Kaardal, Esq.
Creighton A. Thurman, Esq.
Kelly Stricherz, Esq.
Larry B. Leventhal, Esq.
Robin L. Zephier, Esq.
Gary John Montana, Esq.
Randy Vern Thompson, Esq.
John L. Smeltzer, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 3 2012

JAN HORBALY
CLERK